IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

DEREK MORTLAND )
Plaintiff )
)
)
v. ) Civil Action No. 1:24-CV-67
)
)
NVP2, LLC, )
Defendant )

## REQUEST FOR ENTRY OF DEFAULT

Comes now DEREK MORTLAND and hereby requests the Clerk to enter a default against the defendant, NVP2,LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Attorney for Plaintiff

\*\* A certificate of service must be attached to this pleading.